DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VERONICA MARY JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-mj-00103-GGH-03 |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR TRANSPORTATION PURSUANT TO U.S.C. § 4285** |
| VERONICA MARY JOHNSON, | |
| Defendant. | Magistrate Judge: Gregory G. Hollows |

Defendant, VERONICA MARY JOHNSON, through undersigned counsel, hereby requests an order for transportation pursuant to 18 U.S.C. § 4285.

Ms. Johnson is financially unable to provide the necessary transportation from her place of residence in Sacramento, California, to Oklahoma City, Oklahoma, for her arraignment in 5:12-cr-0090-R-22, on May 3, 2012, at 3:00 p.m., in Courtroom 103, before Magistrate Judge Bana Roberts. This Court released Ms. Johnson on an unsecured bond on April 19, 2012, subject to pretrial services supervision and her future appearance in the Western District of Oklahoma.

/ / /

/ / /

/ / /

1   Accordingly, the defendant Veronica Mary Johnson, requests the court to direct the United States
2   Marshal to furnish the defendant with transportation between Sacramento, California and Oklahoma City,
3   Oklahoma.
4   Dated: April 26, 2012

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          */s/ Matthew C. Bockmon*
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          VERONICA MARY JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VERONICA MARY JOHNSON,<br><br>    Defendant.<br>_____ | No. 2:12-MJ-00103-GGH-03<br><br>**ORDER FOR TRANSPORTATION**<br><br>Magistrate Judge: Gregory G. Hollows |

**TO:   UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA**

GOOD CAUSE APPEARING, it has been determined that defendant, VERONICA MARY JOHNSON, is financially unable to provide the necessary transportation from her place of residence in Sacramento, California, to Oklahoma City, Oklahoma.

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §4285, the United States Marshals Service for the Eastern District of California shall make travel arrangements, or furnish transportation expenses, to the above-named defendant for her arraignment hearing on **Thursday, May 3, 2012, at 3:00 p.m.** Ms. Johnson is financially unable to be in Oklahoma City on this date without transportation expenses.

DATED: April 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1